UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-329-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JANICE MARIE WHITFIELD | ORDER TO SEAL |

On motion of the Defendant, Janice Marie Whitfield, and for good cause shown, it is hereby ORDERED that the [DE 25] be sealed until further notice by this Court.

IT IS SO ORDER.

This __3__ day of January, 2019.

_____
JAMES C. DEVER III
United States District Judge